UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>GEORGE DANIEL SHAUNNESSY,<br><br>Debtor. | Case No. 26-62397-JWJ<br><br>Chapter 11<br>Subchapter V |

## AMENDMENT ADDING CREDITORS TO LIST OF CREDITORS

George Daniel Shaunnessy, the Debtor, amends his list of creditors (mailing matrix) to add the parties listed below. Each was already included in the Schedules filed on September 29, 2026 [Doc. 23] but was omitted from the creditor matrix filed with the petition [Doc. 1].

City National Bank, N.A. appears on the original matrix at 525 S. Flower Street, Los Angeles. The two City National Bank addresses below are added as its notice addresses. This amendment also includes amended Schedule H, which corrects the name and address of codebtor Daniel Joseph Shaunnessy.

The amounts of the claims are not changing. Accordingly, no amended Summary of Assets and Liabilities is filed.

| Name and address | Schedule and line | Amount |
|---|---|---|
| Carmax<br>12800 Tuckahoe Creek Parkway<br>Richmond, VA 23238 | Schedule D, line 2.1 | $19,000.00 |
| City National Bank, N.A.<br>3333 Piedmont Road NE, Suite 1100<br>Atlanta, GA 30305 | Schedule E/F, line 4.6 (additional notice address) | $1,408,716.38 |
| City National Bank, N.A.<br>Attn: Sean Yun, Special Situations Group<br>555 South Flower Street, 16th Floor<br>Los Angeles, CA 90071 | Schedule E/F, line 4.6 (additional notice address) | $1,408,716.38 |
| Daniel Joseph Shaunnessy<br>170 Wavetree DR<br>Roswell, GA 30075 | Schedule H, line 3.1 (codebtor on Schedule E/F, lines 4.6 to 4.10) | N/A (codebtor) |

| Name and address | Schedule and line | Amount |
|---|---|---|
| Samson MCA LLC<br>120 E. Palmetto Park Road, Suite 410<br>Boca Raton, FL 33432 | Schedule E/F, line 4.9 | $171,509.50 |
| Window Traditions, LLC<br>10700 State Bridge Road, Suite 2<br>Johns Creek, GA 30022 | Schedule H, line 3.2 (codebtor on Schedule E/F, lines 4.6 to 4.10) | N/A (codebtor) |

Dated: October 6, 2026

Respectfully submitted,

**KECK LEGAL, LLC**

/s/ Benjamin Keck
Benjamin Keck
Georgia Bar No. 943504
2801 Buford Highway NE, Suite 115
Atlanta, GA 30329
(470) 805-2776
bkeck@kecklegal.com
***Counsel for the Debtor***

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>GEORGE DANIEL SHAUNNESSY,<br><br>Debtor. | Case No. 26-62397-JWJ<br><br>Chapter 11<br>Subchapter V |

**SUPPLEMENTAL LIST OF CREDITORS**

Carmax
12800 Tuckahoe Creek Parkway
Richmond, VA 23238

City National Bank, N.A.
3333 Piedmont Road NE, Suite 1100
Atlanta, GA 30305

City National Bank, N.A.
Attn: Sean Yun, Special Situations Group
555 South Flower Street, 16th Floor
Los Angeles, CA 90071

Daniel Joseph Shaunnessy
170 Wavetree DR
Roswell, GA 30075
dshaunnessy23@gmail.com

Samson MCA LLC
120 E. Palmetto Park Road, Suite 410
Boca Raton, FL 33432

Window Traditions, LLC
10700 State Bridge Road, Suite 2
Johns Creek, GA 30022

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>GEORGE DANIEL SHAUNNESSY,<br><br>Debtor. | Case No. 26-62397-JWJ<br><br>Chapter 11<br>Subchapter V |

**DECLARATION OF DEBTOR**

I, George Daniel Shaunnessy, declare under penalty of perjury under 28 U.S.C. § 1746 that I have read the foregoing Amendment Adding Creditors, including the cover sheet, amended Schedule H, and supplemental list of creditors, and that they are true and correct to the best of my knowledge, information, and belief.

Dated: October 6, 2026

/s/ George Daniel Shaunnessy
George Daniel Shaunnessy, Debtor