**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 26-62397-JWJ** |
| **GEORGE DANIEL SHAUNNESSY,** | **CHAPTER 11** |
| **Debtor.** | **SUBCHAPTER V** |

# STATUS REPORT

George Daniel Shaunnessy (the "**Debtor**") files this Status Report, pursuant to 11 U.S.C. § 1188(c) of the Bankruptcy Code, which details the efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization.

1. On September 15, 2026 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") and elected to proceed under Subchapter V of chapter 11.

2. Since the Petition Date, the Debtor has continued in possession of his property and has conducted its financial affairs as a debtor-in-possession pursuant to the provisions of Section 1184 of the Bankruptcy Code.

3. On September 16, 2026, Tamara M. Ogier was appointed as subchapter V trustee in this case (the "**Subchapter V Trustee**") pursuant to Section 1183(a) of the Bankruptcy Code.

4. On September 29, 2026, the Debtor filed his schedules of assets and liabilities, statement of financial affairs, and related documents [Doc. 23].

5. The initial 11 U.S.C. § 341 meeting of creditors was held and concluded on October 14, 2026.

6. Counsel for the Debtor has had discussions with the Subchapter V Trustee regarding various issues related to this case.

7. The Debtor is evaluating options for funding his plan, which may include the sale of certain assets. The Debtor will seek Court approval of any sale or employment of professionals as required by the Bankruptcy Code.

8. The Debtor and his counsel intend to formulate and file a plan of reorganization to address the various claims filed in this case in the coming weeks. The Debtor intends that his plan be consensual, if possible. If any impaired class does not accept the plan, the Debtor will seek confirmation under § 1191(b) of the Bankruptcy Code.

9. The Debtor intends to file a plan of reorganization within the 90-day deadline imposed by § 1189(b) of the Bankruptcy Code.

Dated: October 20, 2026

Respectfully submitted,

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*

Benjamin R. Keck, Ga. Bar No. 943504
Marie A. Witte, Ga. Bar No. 975437
2751 Buford Hwy NE, Suite 650
Atlanta, GA 30324
(470) 826-6020
bkeck@kecklegal.com
mwitte@kecklegal.com
*Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the within and foregoing document with the Clerk of Court using the Court's e-filing system, which will automatically send notice and a copy via electronic mail to all parties registered to receive notices thereby.

Dated: October 20, 2026

Respectfully submitted,

**KECK LEGAL, LLC**

*/s/ Benjamin R. Keck*
Benjamin R. Keck, Ga. Bar No. 943504
Marie A. Witte, Ga. Bar No. 975437
2751 Buford Hwy NE, Suite 650
Atlanta, GA 30324
(470) 826-6020
bkeck@kecklegal.com
mwitte@kecklegal.com
*Counsel for the Debtor*